Christopher Anderson
State Bar No. 0398686
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.: 23-40352 |
| ALFREDO VARGAS | § | |
| | § | CHAPTER 13 |
| Debtor | § | |

## DEBTOR'S WITHDRAWAL OF AUTHORIZATION OF ADEQUATE PROTECTION

## DISBURSEMENT DOCKET 21

TO THE JUDGE OF SAID COURT:

NOW COMES Debtor, Alfredo Vargas, and notifies the Court that they withdraw their *Authorization for Adequate protection disbursement docket 21*. The Debtor's filed a correct docket # 20 and docket # 21 was filed in error..

DATED: March 27, 2023

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Christopher Anderson
Christopher Anderson
State Bar No. 0398686
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 27, 2023, a true ad correct copy of the foregoing was served on all parties in interest listed below, and on the attached matrix.

**DEBTOR:**
Alfredo Vargas
5404 Ira St
Haltom City, TX 76117

**STANDING CHAPTER 13 TRUSTEE**
Pam Bassel
860 Airport Frwy Ste 150
Hurst, TX 76054

**OFFICE OF THE U.S. TRUSTEE**
United States Trustee's Office
Earle Cabell Federal Building
1100 Commerce St, Room 976
Dallas, TX  75242

By: /s/Christopher Anderson
Christopher Anderson
ALLMAND LAW FIRM, P.L.L.C.